ACCEPTED
03-16-00706-CV
14588966
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 4:43:55 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-16-00706-CV

| | | |
|---|---|---|
| **ANGELA JO CARTER,** | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| *Appellant* | § | 1/5/2017 4:43:55 PM |
| | § | JEFFREY D. KYLE<br>Clerk |
| **v.** | § | **COURT OF APPEALS OF TEXAS** |
| | § | |
| **HON. GLENN HEGAR,** | § | **THIRD DISTRICT** |
| **TEXAS COMPTROLLER OF** | § | |
| **PUBLIC ACCOUNTS,** | § | |
| | § | |
| *Appellee* | § | |

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

---

Appellant Angela Jo Carter files this Unopposed Motion for Extension of Time to File Appellant's Brief, and would respectfully show the Court as follows:

1.    Appellant's Brief is due on January 6, 2017.

2.    Appellant respectfully requests a 30-day extension of her deadline. If this extension is granted, Appellant's Brief will be due on February 6, 2017.

3.    Appellant requests this extension because her undersigned counsel has only recently undertaken this representation and thus requires additional time to complete Appellant's Brief.

4.    This is Appellant's first request for an extension in this case.

5.    Appellant's counsel has conferred with counsel for Appellee, who has

1

confirmed that he is not opposed to the relief requested herein.

6.     This motion is not made for purposes of delay, but so that justice may be done.

Respectfully submitted,

*/s/ Rachael K. Jones*
**Rachael K. Jones**
Texas Bar No. 24090196
RJones@carlsonattorneys.com

**THE CARLSON LAW FIRM, P.C.**
11606 N. IH-35
Austin, Texas 78753
(512) 346-5688 (Telephone)
(512) 719-4362 (Facsimile)

***ATTORNEY FOR APPELLANT***
***ANGELA JO CARTER***

2

## CERTIFICATE OF CONFERENCE

I certify that on January 5, 2017, I conferred with counsel for Appellee, who confirmed that he was unopposed to the relief requested in this motion.

/s/ Rachael K. Jones
**Rachael K. Jones**
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on January 5, 2017, a true and correct copy of this motion was served upon the following counsel of record via e-filing, in accordance with Texas Rule of Appellate Procedure 9.5:

**Benjamin L. Dower, Esq.**
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4078
Facsimile: (512) 320-0667
benjamin.dower@oag.texas.gov

*ATTORNEY FOR APPELLEE*

/s/ Rachael K. Jones
**Rachael K. Jones**
Attorney for Appellant